# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **MOISES GALLO JR** | ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**:

Title 21, United States Code, Section 844. **Possession of Controlled Substance.**

That on or about the 21st day of March, 2023, within the Northern District of Alabama, the Defendant, **MOISES GALLO JR,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully possess a controlled substance, to wit: methamphetamine, in violation of Title 21, United States Code, Section 844.

**COUNT TWO**: Title 18, United States Code, Section 13 assimilating Section 13A-12-260 of the Code of Alabama. **Drug Paraphernalia.**

That on or about the 21st day of March, 2023, within the Northern District of Alabama, the Defendant, **MOISES GALLO JR,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully possess with intent to use drug paraphernalia in violation of Section 13A-12-260 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

**COUNT THREE:** Title 18, United States Code, Section 13, assimilating Section 32-6-1 of the Code of Alabama.  **Driving without a License**

That on or about the 21st day of March, 2023, within the Northern District of Alabama, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is Redstone Arsenal, Alabama, the Defendant, **MOISES GALLO JR,** did unlawfully operate a motor vehicle while not having a valid driver's license, in violation of Section 32-6-1 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

**COUNT FOUR**: Title 18, United States Code, Section 13, assimilating Section 32-7A-16 of the Code of Alabama.  **No Proof of Insurance**

That on or about the 21st day of March, 2023, within the Northern District of Alabama, the Defendant, **MOISES GALLO JR**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, upon demand of a law enforcement officer, failed to present satisfactory evidence of vehicle insurance while driving a vehicle, in violation of Section 32-7A-16 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

**COUNT FIVE**: Title 18, United States Code, Section 13, assimilating Section 32-6-65 of the Code of Alabama.  **Driving with Expired Registration.**

That on or about the 21st day of March, 2023, within the Northern District of Alabama, the Defendant, **MOISES GALLO JR**, on land acquired for the use of the

United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did unlawfully operate a motor vehicle while the vehicle registration had expired, in violation of Sections 32-6-65 of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

          PRIM F. ESCALONA
          United States Attorney

*/s/ John M. Hundscheid*
Digitally signed by JOHN HUNDSCHEID
Date: 2023.06.07 09:30:39 -05'00'
_____

JOHN M. HUNDSCHEID
Assistant United States Attorney